**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Tyna Frances Williams

Case No: 23–42141 – WJF

Debtor(s)

Chapter 13 Case

**ORDER AND NOTICE OF DISMISSAL**

The chapter 13 trustee has requested that the court dismiss Tyna Frances Williams. After notice and hearing the court has determined that the case as to Tyna Frances Williams should be dismissed.

IT IS THEREFORE ORDERED:

The case as to Tyna Frances Williams is dismissed under 11 U.S.C. §§ 349 and 1307.

Dated: 7/1/24

William J Fisher
United States Bankruptcy Judge

**odsm/mnbodsm.jsp 06/22**